JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE MORAN,<br><br>        Plaintiff,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC,<br><br>        Defendant. | Case No. 2:25-cv-01791<br><br>**ORDER DISMISSING CIVIL ACTION** |

    The Court has been advised that this action has been settled.

    The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **120 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: May 30, 2025

                                              HONORABLE ANDRÉ BIROTTE JR.
                                              UNITED STATES DISTRICT JUDGE