JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE MORAN,<br><br>             Plaintiff,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC,<br><br>             Defendant. | Case No. 2:25–CV–01791–AB–MAA<br><br>**ORDER DISMISSING CIVIL ACTION** |

The Court has been advised that this action has been settled.

The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and with prejudice to the right pursuant to Rule 41(a)(l)(A)(ii) of the Federal Rules of Civil Procedure, upon good cause shown within **30 days,** to re-open the action if the settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

**IT IS SO ORDERED.**

Dated:  January 8, 2026

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE